IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **TYVEONTAE KING,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-CV-325 (MTT) |
| | ) | |
| **WILSHIRE WOODS APARTMENTS, LLC,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant Stephanie Jones removed this case from the State Court of Bibb County on September 8, 2022.  Doc. 1.  That same day, Defendants Wilshire Woods Apartments, LLC and Millennia Housing Management, LLC filed corporate disclosure statements (Docs. 2, 4, 5) and a jurisdictional statement (Doc. 3).  Within these corporate disclosure statements, Defendants Wilshire Woods Apartments, LLC and Millennia Housing Management, LLC name individuals and entities that are not named in their jurisdictional statement.  Docs. 2-5.  Accordingly, Defendants Wilshire Woods Apartments, LLC and Millennia Housing Management, LLC are hereby **ORDERED** to file, by September 23, 2022, an amended jurisdictional statement pursuant to M.D. Ga. L.R. 87.2.  Note that each noncorporate entity must identify its members.  And if a member is a noncorporate entity, that entity's constituents must also be identified.

**SO ORDERED**, this 9th day of September, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT